UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 13CR1577-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| v. | ) | OF INDICTMENT |
| | ) | |
| GERARDO VALLINA-QUINONES, | ) | |
| | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant, GERARDO VALLINA-QUINONES, be dismissed without prejudice.

DATED: June 28, 2013

*[signature]*

For HONORABLE BARRY TED MOSKOWITZ
United States District Court